Roger K. Vehrs, Esq. (SBN 073018)
2300 Tulare Street, Ste. 250
Fresno, CA  93721
Telephone:  (559) 442-4211

Attorney for Defendant KEVIN SPRINGER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>v.<br><br>KEVIN SPRINGER,<br><br>              Defendant. | Case No.  1:07 CR 00169 OWW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA, AND ORDER THEREON**<br><br>**DATE:  March 31, 2008**<br>**TIME:   9:00 AM**<br>**DEPT:  Hon. Oliver W. Wanger** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the change of plea hearing presently scheduled before the Honorable Oliver W. Wanger for March 31st, 2008 at the hour of 9:00 AM be continued to May 5th, 2008 at 9:00 AM.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including but not limited to, the need for the time period set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and ability of both parties work out the details of a plea agreement that has been nearly completed and will be finalized prior to the requested hearing date.

///

///

///

---

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  March 26, 2008         /S/ Roger K. Vehrs

Roger K. Vehrs, Attorney for
Defendant KEVIN SPRINGER

DATED: March 26, 2008    McGREGOR W. SCOTT, United States Attorney

/S/ Sherrill A. Carvalho-
SHERRILL A. CARVALHO, Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

DATED: March 28, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Senior U.S. District Judge for the
Eastern District of California.

PDF created with pdfFactory trial version www.pdffactory.com