IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPRINGER, ) <br> ) <br> ) <br> ) <br> Petitioner, ) <br> ) <br>   vs. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | No. CV-F-09-1327 OWW <br> (No. CR-F-07-169 OWW) <br><br> ORDER DIRECTING UNITED STATES TO FILE RESPONSE TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN 45 DAYS |

    On July 29, 2009, Petitioner Kevin Springer, represented by James Irigoyen, timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.[1]

    The United States is ordered to file a response to Petitioner's motion within 45 days of the filing date of this Order. Petitioner's reply, if any, shall be filed within 30 days thereafter. All further proceedings will be by order of the

---

[1] Petitioner's motion was signed on his behalf by Mr. Irigoyen. Mr. Irigoyen represents that this was done at Petitioner's request and behalf.

1 | **Court.**
2 | IT IS SO ORDERED.
3 | **Dated:   August 5, 2009**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE