J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
KEVIN SPRINGER


UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 07 CR 169 OWW |
| | ) | |
| Plaintiff/Respondent, | ) | STIPULATION FOR ADDITIONAL |
| | ) | 15 DAYS TIME TO REPLY TO |
| v. | ) | GOVERNMENT'S OPPOSITION |
| | ) | TO 2255 |
| KEVIN SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| _____ | ) | |

* * * *

It is stipulated and agreed between the parties that

movant's reply in the above matter, currently due Monday,

October 19, 2009, be extended to November 2, 2009 to enable

defense counsel to adequately address the government's

opposition.

I hereby agree to the above stipulation.

Dated: 9.29.09


                              /s/J.M. Irigoyen
                              J.M. Irigoyen


1

I hereby consent to the above stipulation.

DATED: 9.28.09

                                    /s/Elana Landau
                                    Elana Landau
                                    Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:    September 29, 2009          /s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE