UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00169 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO TRANSPORT FOR** |
| | ) | **HEARINGS** |
| KEVIN SPRINGER, | ) | |
| | ) | |
| Defendants. | ) | |

The United States Marshals are ordered to transport the above named defendant from Texas to the Eastern District of California, Fresno Division. For the purpose of Status Conference re: 2255 Motion hearing on July 6, 2010 and Contested Hearing re: 2255 Motion on August 2, 2010 before the Honorable Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   May 26, 2010**             /s/ Oliver W. Wanger
                          UNITED STATES DISTRICT JUDGE