```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   559.233.3333

5
    Attorney for Defendant
6   KEVIN SPRINGER

7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 07-CR-00169-OWW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING |
| vs. | ) | |
| | ) | |
| KEVIN SPRINGER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Honorable Judge Wanger |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Monday, November 8, 2010 at 1:30 p.m. be continued to November 22, 2010, at 1:30 p.m. to enable defense counsel to file a motion for variance and sentencing memorandum with attachments.

I hereby agree to the above stipulation.

Dated: 11-04-10

S/J.M. Irigoyen

_____

J.M. Irigoyen

```
 1
 2
 3
 4         I hereby consent to the above stipulation.
 5
 6     DATED: 11-04-10
 7                                          S/Elana Landau
                                        _____
 8                                         Elana Landau
                                        Assistant U.S. Attorney
 9
10
       IT IS SO ORDERED.
11
       Dated:    November 4, 2010              /s/ Oliver W. Wanger
12                                          UNITED STATES DISTRICT JUDGE
13
14
...
28
```